**Jose Martin LIMON–ROBLES, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 06–71175.**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2011.*

Filed March 28, 2011.

John Martin Pope, Pope & Associates, PC, Phoenix, AZ, for Petitioner.

Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Erica Miles, OIL, U.S. Department of Justice, Washington, DC, for Respondent.

Before: FARRIS, O'SCANNLAIN and BYBEE, Circuit Judges.

## MEMORANDUM **

Jose Martin Limon–Robles, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

dismissing his appeal from an immigration judge's removal order. We have jurisdiction under 8 U.S.C. § 1252, and we grant the petition for review and remand for further proceedings.

The agency determined that Limon–Robles was removable under the aggravated felony ground of deportation, 8 U.S.C. § 1227(a)(2)(A)(iii), based on his 1987 conviction for violating Arizona Revised Statutes §§ 13–1405, 1401, 3821, 1001, 604.01, 702, 801 and 812. Subsequent to the agency's decision in this case, we held in *Ledezma–Galicia v. Holder*, 636 F.3d 1059 (9th Cir.2010), that 8 U.S.C. § 1227(a)(2)(A)(iii) does not apply to convictions that occurred prior to November 18, 1988. We therefore grant the petition for review and remand to the agency in light of *Ledezma–Galicia*.

In light of our disposition, we need not address Limon–Robles' remaining contentions.

**PETITION FOR REVIEW GRANTED; REMANDED.**

BYBEE, Circuit Judge, concurring in the judgement:

I reluctantly concur in the judgment. I continue to believe that *Ledezma–Galicia* was wrongly decided. *See Ledezma–Galicia v. Holder*, 636 F.3d 1059 (9th Cir.2010) (Bybee, J., dissenting).